UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **WILLIAM WARD, Individually and for Others Similarly Situated,**<br><br>vs.<br><br>**GUIDANT GLOBAL, INC. d/b/a BARTECH GROUP, INC., and CORPORATE EMPLOYMENT RESOURCES, INC. d/b/a BARTECH STAFFING** | § Civil Action No. 2:22-cv-1002-DSC<br>§<br>§ **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff William Ward (Plaintiff or Ward) and Defendants Guidant Global, Inc. d/b/a Bartech Group, Inc., and Corporate Employment Resources, Inc. d/b/a Bartech Staffing (Defendants or Bartech) (collectively, the Parties), respectfully ask the Court for an order approving the settlement the Parties reached in this action pursuant to 29 U.S.C. § 216(b).

1. The Parties reached an agreement to settle the claims of Ward and those Opt-in Plaintiffs who filed consents joining this conditionally certified collective action under the Fair Labor Standards Act (FLSA) who have not otherwise released their claims against Bartech.

2. As set forth in their accompanying Brief in Support of Joint Motion for Approval of Collective Action Settlement, the Parties seek approval of their Settlement Agreement and Release (the Agreement). *See* Exhibit A to the Parties' Brief in Support.

3. The Parties' Agreement is a fair and reasonable compromise of a *bona fide* dispute that will adequately compensate Ward and the Opt-in Plaintiffs for the unpaid overtime alleged and

will eliminate the need for the Parties to engage in further protracted and expensive litigation.

4. Moreover, the Parties' agreed-upon Enhancement Award to Ward and Class Counsel's requested Fee Award and repayment of out-of-pocket costs are fair and reasonable.

5. As such, the Parties seek an order from this Court approving their Agreement and dismissing the lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Respectfully submitted,

By: /s/ *Andrew W. Dunlap*
**Michael A. Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap**
TX Bar No. 24078444
**Lindsay R. Itkin**
TX Bar No. 24068647
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
litkin@mybackwages.com

**Richard J. (Rex) Burch**
TX Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**Attorneys for Plaintiffs**

By: /s/ *Michael A. Pavlick*
**Michael A. Pavlick (P60914)**
**K&L GATES LLP**
210 Sixth Ave.
Pittsburgh, Pennsylvania 15222
412-355-6275 – Telephone
412-355-6501 – Facsimile
michael.pavlick@klgates.com

**Gregory N. Blase (P66079)**
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
617-261-3100 – Telephone
617-261-3175 – Facsimile
gregory.blase@klgates.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

                                                  */s/ Andrew W. Dunlap*
                                                  Andrew W. Dunlap